**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6914**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RON KEITH MORRISON,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  W. Earl Britt, Senior District Judge.  (7:02-cr-00107-BR-1)

Submitted:  November 18, 2014        Decided:  November 20, 2014

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ron Keith Morrison, Appellant Pro Se.  Thomas Gray Walker, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ron Keith Morrison appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of his sentence based on Amendment 750 to the U.S. Sentencing Guidelines Manual. We affirm.

The district court properly concluded that it lacked authority to grant a sentence reduction under § 3582(c)(2) because Morrison's Guidelines range was driven by his career offender designation and not the crack cocaine Guidelines provisions. See United States v. Munn, 595 F.3d 183, 187 (4th Cir. 2010).

To the extent that Morrison challenges the continued viability of that designation, such a claim is not properly pursued in a § 3582(c)(2) motion. See Dillon v. United States, 560 U.S. 817 (2010) (explaining that § 3582(c)(2) does not authorize full resentencing, but permits sentence reduction only within narrow bounds established by the Sentencing Commission).

Accordingly, we affirm the district court's order. See United States v. Morrison, No. 7:02-cr-00107-BR-1 (E.D.N.C. May 29, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2